UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DAMA L. JAYCOX, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. 4:06CV481 CDP |
| GC SERVICES LIMITED PARTNERSHIP - DELAWARE, et al., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Pursuant to Fed.R.Civ.P. 41(b), and for the parties' failure to comply with the Court's order of **March 14, 2007**,

**IT IS HEREBY ORDERED** that this action is dismissed with prejudice, subject to any party's right, upon good cause shown within sixty (60) days of the date of this order, to reopen the action for the sole purpose of enforcing the settlement.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction for sixty (60) days from the date of this order to enforce the settlement.

Dated this 24th day of April, 2007.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE